IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JENNIFER LEE MCCLANE,** : | CIVIL ACTION NO. 3:24-CV-535 |
| : | |
| Plaintiff : | (Judge Neary) |
| : | |
| v. : | |
| : | |
| **LELAND DUDEK**, Acting : | |
| **Commissioner of Social Security,**[1] : | |
| : | |
| **Defendant** : | |

# ORDER

AND NOW, this 16th day of April, 2025, upon consideration of the report (Doc. 15) of Magistrate Judge Martin C. Carlson, recommending that the court deny plaintiff Jennifer Lee McClane's appeal from the decision of the administrative law judge, and the court noting that McClane has filed objections (Doc. 16) to the report, see FED. R. CIV. P. 72(b), and that Acting Commissioner of Social Security Leland Dudek has filed a response (Doc. 17), and consistent with the analysis of accompanying opinion, it is hereby ORDERED that:

1. Magistrate Judge Carlson's report (Doc. 15) is ADOPTED.

2. The decision of the Acting Commissioner of Social Security is AFFIRMED.

3. The Clerk of Court shall enter judgment in favor of Acting Commissioner Leland Dudek and against Jennifer Lee McClane as set forth in paragraph 2.

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025, during the pendency of this action.

4.  The Clerk of Court shall thereafter CLOSE this case.

                                                            /S/ KELI M. NEARY
                                                            Keli M. Neary
                                                            United States District Judge
                                                            Middle District of Pennsylvania